UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TERRANCE GENARD BROCK,**

    Plaintiff,

v.                                                    Case No: 5:25-cv-553-Oc-TPB-PRL

**TRANS UNION LLC,**

    Defendant.
_____

## ORDER

On October 28, 2025, Plaintiff filed the instant motion for clerk's default against Defendant Trans Union LLC. (Doc. 8). Pursuant to Rule 55(a), Fed.R.Civ.P, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." That same day Defendant filed its answer to the complaint. (Doc. 9). Even if the responsive pleading was filed one-day late, it clearly evidences Defendant's intent to defend this action. Accordingly, and in accordance with the judicial preference for a decision on the merits, Plaintiff's motion for clerk's default (Doc. 8) is due to be **denied**.

**DONE** and **ORDERED** in Ocala, Florida on October 30, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties